WILLIAM H. McCARTHY, Respondent, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants, Impleaded with Another.

*McCarthy* v. *N. Y. & Harlem R. R. Co.*, 74 App. Div. 629, reversed.
(Argued May 21, 1903; decided June 9, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 6, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Ira A. Place* and *Thomas Emery* for appellants.

*George C. Lay* and *William A. Keener* for respondent.

Judgment reversed and new trial granted, costs to abide event, on authority of *Dolan* v. *N. Y. & Harlem Railroad Co.*, (175 N. Y. 367).

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.